UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

PAINTERS DISTRICT COUNSEL
NO. 4, and GLAZIERS LOCAL 660,

        Plaintiffs,

v.                                                      **ORDER**
                                                           05-CV-379S

EMPIRE STATE REGIONAL COUNCIL
OF CARPENTERS, LOCAL UNION 289,

        <u>Defendant.</u>

      1.       Plaintiffs commenced the above captioned case on May 31, 2005, by filing a Complaint in the United States District Court for the Western District of New York.

      2.       On August 19, 2005, Plaintiffs moved to consolidate this case with the matter of <u>Burke v. Hogan</u>, 04-CV-755S, which was commenced on September 17, 2004, and thereafter consolidated with another case. By August 19, 2005, the parties in the <u>Burke</u> matter had completely briefed and were awaiting this Court's decision on Plaintiff's Motion for Summary Judgment.

      3.       On September 29, 2005, this Court entered a Decision and Order in <u>Burke</u> granting Summary Judgment in favor of Plaintiff, and directing the Clerk of the Court to close this case. Accordingly,

      IT HEREBY IS ORDERED, that Plaintiffs' Motion to Consolidate the instant case and <u>Burke v. Hogan</u>, 04-CV-755S, (Docket No. 6) is DENIED AS MOOT.

      SO ORDERED.

Dated: October 26, 2005
       Buffalo, New York

                                                          /s/William M. Skretny
                                                         WILLIAM M. SKRETNY
                                                      United States District Judge